UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:11-cr-104 |
| vs. | : | Judge Black |
| REGINALD HAWKINS, | : | |
| Defendant. | : | |

## ORDER GRANTING ACCESS TO SEALED TRANSCRIPTS

For good cause shown, the Court hereby orders the court reporter to release those portions of the transcript under seal to counsel Kevin Schad, appellate counsel for Defendant Reginald Hawkins, and AUSA Sheila Lafferty.

**IT IS SO ORDERED**

Date: 3/13/12

Timothy S. Black
United States District Judge