# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff, : Case No. 3:11-cr-104
                                           Also case No 3:12-cv-411

                                           District Judge Timothy S. Black
    -vs-                                    Magistrate Judge Michael R. Merz
                                         :

REGINALD E. HAWKINS,

    Defendant.

## TRANSFER ORDER

Pursuant to the current division of case assignments among Magistrate Judges at the Dayton location of court and with the consent of both of them, the above-captioned § 2255 case is hereby TRANSFERRED from Chief Magistrate Judge Sharon L. Ovington to Magistrate Judge Michael R. Merz.

January 29, 2013.

                                                                   Sharon L. Ovington
                                                      Chief United States Magistrate Judge

January 29, 2013.

                                                                s/ *Michael R. Merz*
                                                         United States Magistrate Judge